AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

2009 APR 29 P 12: 12

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Steve Hall | ) | Case No: CV04-144-JVP |
| | ) | USM No: 02684-095 |
| Date of Previous Judgment: April 22, 2005 | ) | Rebecca Hudsmith |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):


### III. ADDITIONAL COMMENTS
Pursuant to 21 U.S.C. §§ 841 and 851, the defendant's mandatory minimum sentence was increased to 120 months for counts I, II, and III; and 240 months for count IV. His new sentencing range, 100 to 125 months, is below the mandatory minimum sentence. Pursuant to USSG § 5G1.1(b), where the statutorily required minimum sentence is greater than the maximum of the applicable guideline range, the statutorily required minimum sentence shall be the guideline sentence.

Except as provided above, all provisions of the judgment dated  4-22-05  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____

Judge's signature

Effective Date: _____
(if different from order date)

John V. Parker, U.S. District Judge
Printed name and title

USAtty